1020

**ALLEGHENY FORGING CO., Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 9520.

Circuit Court of Appeals, Third Circuit.

Argued March 2, 1948.

Decided April 5, 1948.

Sebastian C. Pugliese, of Pittsburgh, Pa., for petitioner.

Louise Foster, of Washington, D. C., Theron Lamar Caudle, Asst. Atty. Gen., and Sewall Key and Robert N. Anderson, Sp. Assts. to Atty. Gen., for respondent.

Before BIGGS, MARIS, and GOODRICH, Circuit Judges.

PER CURIAM.

An examination of the briefs and the appendices thereto and consideration of the oral argument in the appeal at bar demonstrate that the findings of the Tax Court are adequately supported by the record and that that tribunal committed no clear cut mistake of law. Dobson v. Commissioner, 320 U.S. 489, 64 S.Ct. 239, 88 L.Ed. 248. Accordingly the decision will be affirmed.

**Ernest C. MILES and Fred Werner dba Aetna Aluminum Products, Appellants, v. Albert T. MATTHEWS, Thornton G. Graham, and Slats-O-Woods Awning Company, Inc., Appellees.**

No. 12193.

Circuit Court of Appeals, Fifth Circuit.

April 13, 1948.

Cecil L .Wood, of Fort Worth, Tex., for appellants.

Albert L. Ely, of Akron, Ohio, and Paul Carrington and Carlisle Blalock, both of Dallas, Tex., for appellees.

On motion to dismiss.

Before HUTCHESON, HOLMES, and WALLER, Circuit Judges.

PER CURIAM.

The motion is granted. George v. Victor Talking Machine Co., 293 U.S. 377, 55 S.Ct. 229, 79 L.Ed. 439.

**H. C. O'SHIELDS, Appellant, v. A. C. ADERHOLD, Warden, Georgia State Prison, Appellee.**

No. 12154.

Circuit Court of Appeals, Fifth Circuit.

April 13, 1948.

H. C. O'Shields, of Reidsville, Ga., in pro. per., for appellant.

Eugene Cook, Atty. Gen., of Georgia, and R. N. Odum, Deputy Asst. Atty. Gen., of Georgia, for appellee.

Before HUTCHESON, HOLMES, and WALLER, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed.